**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JO M. RUSSELL                                                                                    PLAINTIFF

v.                                          1:11-CV-00071-JMM-JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                          DEFENDANT

<u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

IT IS SO ORDERED this <u> 12 </u> day of <u> April </u> 2012.

_____
UNITED STATES DISTRICT JUDGE