## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| JO M. RUSSELL, | ) |
| Plaintiff, | ) **Case No. 1:11-CV-00071 JTK** |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this  12  day of   April  , 2012.

_____
United States District Judge